# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| ALMA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM GROUP,<br><br>　　　　Defendant. | Case No. 2:18-cv-01606-MCE-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Morrison C. England, Jr.<br>Dept: 7<br><br>Complaint Filed: June 1, 2018 |

In accordance with the parties' stipulation, and good cause appearing, this action is hereby dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a), *et seq.* of the Federal Rules of Civil Procedure. Each party shall bear her or its own attorneys' fees and costs.

All future dates set in this action are hereby vacated and taken off the Court's calendar. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

**Dated: February 26, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE